# UNITED STATES DISTRICT COURT
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10x GENOMICS, INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-cv-862-CFC ) |
| CELSEE, INC., | ) **JURY TRIAL DEMANDED** ) ) |
| Defendant. | ) ) ) |

## CELSEE'S MOTION TO DISMISS AND MOTION TO STRIKE 10x GENOMICS' COMPLAINT

Defendant Celsee, Inc. hereby moves to strike the allegations in paragraphs 21 through 24 of the Complaint and to dismiss the following claims: Lanham Act, Delaware Deceptive Trade Practices Act, indirect infringement, direct infringement, willful infringement and enhanced damages (the "Motion").

The grounds for the Motion are set forth in Defendant's Opening Brief in Support of its Motion filed contemporaneously herewith.

Dated: July 1, 2019

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (Fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Edward R. Reines (admitted *pro hac vice*)
Derek C. Walter (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Randi Singer (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8152

*Attorneys for Defendant*