# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10x GENOMICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 19-862-CFC/SRF |
| | ) |
| CELSEE, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 14th day of November, 2019, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on October 30, 2019, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed and the parties having stipulated to the filing of the first amended complaint as recommended in the Report and Recommendation;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 23) is adopted.

2. Defendant's motion to dismiss (D.I. 11) is granted in part.

3. Defendant's motion to strike (D.I. 11) is denied.

4. Plaintiff's request for leave to amend has been granted (D.I. 30), and the court has filed the amended complaint at D.I. 31.

_____
United States District Judge