IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10x GENOMICS, INC.,<br><br>                      Plaintiff,<br><br>    v.<br><br>CELSEE, INC.,<br><br>                      Defendant. | C.A. No. 19-862-CFC-SRF |

**[PROPOSED] ORDER**

WHEREAS, the plaintiff, 10x Genomics, Inc. ("10x"), having moved the Court for the issuance of a protective order with an outside counsel's eyes only tier, and good cause having been shown,

IT IS SO ORDERED this _____ day of December, 2019, that 10x's motion is GRANTED. 10x shall file a copy of the proposed protective order attached as Exhibit C to its letter of December 11, 2019, within three days of this order.

 

_____
THE HONORABLE SHERRY R. FALLON
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE