# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10x GENOMICS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CELSEE, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 19-862-CFC-SRF<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF CHRISTIAN LAPOINTE IN SUPPORT OF LETTER REGARDING PROTECTIVE ORDER DISPUTE

I, Christian LaPointe, if called upon as a witness could competently testify to the facts set forth below:

1. I am currently General Counsel to Celsee, Inc. ("Celsee."). I hold this position only on a part-time basis, and have only done so since August 2019.

2. I work remotely from Boston, Massachusetts rather than at Celsee's facility in Ann Arbor, Michigan. I do not have a regular physical presence at Celsee's Michigan facility.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 12, 2019 at Boston, Massachusetts.

Dated: December 12, 2019                                         */s/ Christian LaPointe*
                                                                                    Christian LaPointe