# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELSEE, INC., <br><br> Defendant. | C.A. No. 19-cv-862-CFC-SRF |

## JOINT MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Plaintiff and Defendant respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matter:

- Access to information by Defendant's in-house counsel

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confers by telephone on the following date(s): December 20, 2019.

| | |
|---|---|
| Delaware Counsel for Plaintiffs: | Brian Farnan <br> Farnan LLP |
| Lead Counsel for Plaintiffs: | Prachi Mehta <br> Weil Gotshal & Manges LLP |
| Delaware Counsel for Defendant: | Jason Rawnsley <br> Richards Layton & Finger PA |
| Lead Counsel for Defendant: | Eneda Hoxha <br> Durie Tangri LLP |

The parties are available for a teleconference on the following dates:

January 13, 14, 15, or 17, 2019

| | |
|---|---|
| Dated:  December 23, 2019 | Respectfully submitted, |
| RICHARDS, LAYTON & FINGER, P.A. | FARNAN LLP |
| /s/ Jason J. Rawnsley | /s/ Brian E. Farnan |
| Frederick L. Cottrell, III (#2555) | Brian E. Farnan (Bar No. 4089) |
| Jason J. Rawnsley (#5379) | Michael J. Farnan (Bar No. 5165) |
| Alexandra M. Ewing (#6407) | 919 N. Market Str., 12th Floor |
| 920 N. King Street | Wilmington, DE 19801 |
| One Rodney Square | Tel: (302) 777-0300 |
| Wilmington, DE 19801 | Fax: (302) 777-0301 |
| (302) 651-7550 | bfarnan@farnanlaw.com |
| cottrell@rlf.com | mfarnan@farnanlaw.com |
| rawnsley@rlf.com | |
| ewing@rlf.com | *Attorneys for Defendant Celsee, Inc.* |

*Attorneys for Plaintiff 10X Genomics, Inc.*