# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10x GENOMICS, INC.,<br><br>          Plaintiff,<br><br>    v.<br><br>CELSEE, INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 19-862-CFC-SRF<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>) |

## DECLARATION OF PRACHI MEHTA IN SUPPORT OF LETTER REGARDING PROTECTIVE ORDER DISPUTE

I, Prachi Mehta, if called upon as a witness could competently testify to the facts set forth below:

1. I am currently an attorney with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Celsee, Inc. ("Celsee") in the above-captioned matter.

2. On December 19, 2019, I initiated and led a telephonic meet-and-confer ("meet-and-confer") with counsel for 10x regarding the instant dispute regarding the protective order. 10X attorney Eneda Hoxha participated in the meet and confer.

3. I explained that I organized this meet-and-confer because I wanted to learn a bit more about 10x's position and wished to address any concerns 10x had regarding Mr. LaPointe's access to HC-AEO material.

4. I explained that Celsee had, in response to the Court's December 16, 2019 ruling, integrated several additional safeguards into the revised protective order to assuage 10x's concerns.

5. I explained that although I thought our revised protective order addressed all of 10x's concerns related to granting Mr. LaPointe access to HC-AEO material in this case, I understood that 10x disagreed based on previous email correspondence.

6. Accordingly, I asked Ms. Hoxha why she thought Celsee's revised proposal did not address 10x's concerns. Ms. Hoxha did not answer this question, and instead responded that the Court had already resolved this dispute in 10x's favor. I then asked Ms. Hoxha if there was anything else Celsee could do or add to the protective order to make 10x more comfortable with Celsee's proposed protective order. She did not identify anything, simply declaring that 10x would not agree to Mr. LaPointe having access to HC-AEO information.

7. During the meet and confer, 10x did not raise the issue of Mr. LaPointe's role at ArcherDX.

8. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 16, 2020 at Redwood Shores, California.

Dated: January 16, 2020                           */s/ Prachi V. Mehta*
                                                  Prachi V. Mehta