**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| 10X GENOMICS, INC.,<br><br>     Plaintiff,<br><br> v.<br><br>CELSEE, INC.,<br><br>     Defendant. | C.A. No. 19-862-CFC-SRF |

**<u>EXHIBITS A – G TO JOINT CLAIM CONSTRUCTION CHART</u>**