# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC., | |
| Plaintiff, | |
| v. | C.A. No. 19-cv-862-CFC-SRF |
| CELSEE, INC., | |
| Defendant. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 2, 2020, a copy of: (i) Expert Report of Rahul Satija, PhD; (ii) Expert Report of Lior Pachter, PhD; and (iii) Expert Report of Sammy S. Datwani, PhD was served on the following as indicated:

<u>Via E-Mail</u>
Frederick L. Cottrell, III
Jason J. Rawnsley
Alexandra M. Ewing
RICHARDS, LAYTON&FINGER, P.A.
920 North King Street
Wilmington, DE 19801
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com

*Attorneys for Plaintiff*

<u>Via E-Mail</u>
Daralyn J. Durie
Eugene Novikov
Eneda Hoxha
DURIE TANGRI LLP
ddurie@durietangri.com
enovikov@durietangri.com
ehoxha@durietangri.com

*Attorneys for Plaintiff*

Dated: October 5, 2020

Respectfully submitted,

FARNAN LLP

 /s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Barbara A. Fiacco (admitted *pro hac vice*)
Jeremy A. Younkin (admitted *pro hac vice*)
Brendan Jones (admitted *pro hac vice*)
Emma S. Winer (admitted *pro hac vice*)
Urszula Nowak (admitted *pro hac vice*)
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
bfiacco@foleyhoag.com
jyounkin@foleyhoag.com
bjones@foleyhoag.com
ewiner@foleyhoag.com
unowak@foleyhoag.com

*Attorneys for Defendant*