# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10X GENOMICS, INC., <br><br>                    Plaintiff, <br><br>          v. <br><br> CELSEE, INC., <br><br>                    Defendant. | C.A. No. 19-cv-862-CFC-SRF |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2020, the Court having considered Celsee's Unopposed Motion to Redact Portion of the November 5, 2020 Hearing Transcript (the "Motion") (D.I. 231);

IT IS HEREBY ORDERED that the Motion is GRANTED and Celsee's proposed redaction of the November 5, 2020 transcript is approved; and

IT IS HEREBY FURTHER ORDERED that the public version of the transcript shall be redacted in the same manner as Exhibit B to the Motion.

_____
The Honorable Colm F. Connolly