## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| 10X GENOMICS, INC.,<br><br>       Plaintiff,<br><br>    v.<br><br>CELSEE, INC.,<br><br>       Defendant. | C.A. No. 19-cv-862-CFC-SRF |

## [PROPOSED] ORDER

AND NOW, this __1st__ day of __December__, 2020, the Court having

considered Celsee's Unopposed Motion to Redact Portion of the November 5, 2020 Hearing

Transcript (the "Motion") (D.I. 231);

IT IS HEREBY ORDERED that the Motion is GRANTED and Celsee's proposed

redaction of the November 5, 2020 transcript is approved; and

IT IS HEREBY FURTHER ORDERED that the public version of the transcript shall be

redacted in the same manner as Exhibit B to the Motion.

_____
The Honorable Colm F. Connolly