IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10x GENOMICS, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 19-862-CFC |
| SELSEE, INC., | |
| Defendant. | |

## ORDER

At Wilmington this Fourth day of December in 2020:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that 10x Genomics's Objection to the Magistrate Judge's Order denying Plaintiff's Motion to Compel (D.I. 217) is OVERRULED IN PART AND SUSTAINED IN PART. **IT IS FURTHER ORDERED** that Celsee shall produce a witness for no more than four hours of deposition and produce documents and give testimony about communications between Celsee and Bio-Rad concerning this litigation and the provisions in its acquisition agreement with Bio-Rad that concern this litigation except insofar as the documents or testimony would reveal

directly the mental impressions of Celsee's attorneys.

_____
UNITED STATES DISTRICT JUDGE