IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10x GENOMICS, INC., <br><br>                    Plaintiff, <br><br>    v. <br><br> CELSEE, INC., <br><br>                    Defendant. | C.A. No. 19-00862-CFC-SRF |

**PLAINTIFF 10X GENOMICS, INC.'S MOTION FOR SUMMARY JUDGMENT OF DIRECT INFRINGEMENT OF U.S. PATENT NO. 10,273,541 (MOTION #1)**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff 10x Genomics, Inc.'s ("10x") respectfully moves this Court for an Order granting summary judgment of direct infringement of claims 37 and 49 of U.S. Patent No. 10,273,541 under 35 U.S.C. § 271(a). The grounds for 10x's motion are set forth in its brief in support filed concurrently herewith.

Dated: February 5, 2021

OF COUNSEL:

Daralyn J. Durie
Eugene Novikov
Andrew L. Perito
Eneda Hoxha
Annie A. Lee
Ramsey W. Fisher
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300
ddurie@durietangri.com
enovikov@durietangri.com
aperito@durietangri.com
ehoxha@durietangri.com
alee@durietangri.com
rfisher@durietangri.com

Kira A. Davis
DURIE TANGRI LLP
953 East 3rd Street
Los Angeles, CA 90013
Telephone: 213-992-4499
Facsimile: 415-236-6300
kdavis@durietangri.com

Dated: February 5, 2021

By:     */s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
Alexandra M. Ewing (#6407)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com
ewing@rlf.com

*Attorneys for Plaintiff 10x Genomics, Inc.*

2