# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10x GENOMICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELSEE, INC., <br><br> Defendant. | C.A. No. 19-00862-CFC-SRF |

**PLAINTIFF 10X GENOMICS, INC.'S MOTION FOR SUMMARY JUDGMENT OF DIRECT INFRINGEMENT OF U.S. PATENT NO. 10,392,662 (MOTION #2)**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff 10x Genomics, Inc.'s ("10x") respectfully moves this Court for an Order granting summary judgment of direct infringement of claims 1, 3, 4, 5, and 11 of U.S. Patent No. 10,392,662 pursuant to 35 U.S.C. § 271(a). The grounds for 10x's motion are set forth in its brief in support filed concurrently herewith.

Dated: February 5, 2021

|  |  |
|---|---|
| OF COUNSEL: | By:     */s/ Frederick L. Cottrell, III* |
|  | Frederick L. Cottrell, III (#2555) |
|  | Jason J. Rawnsley (#5379) |
| Daralyn J. Durie | Alexandra M. Ewing (#6407) |
| Eugene Novikov | RICHARDS, LAYTON & FINGER, P.A. |
| Andrew L. Perito | One Rodney Square |
| Eneda Hoxha | 920 North King Street |
| Annie A. Lee | Wilmington, DE 19801 |
| Ramsey W. Fisher | (302) 651-7700 |
| DURIE TANGRI LLP | cottrell@rlf.com |
| 217 Leidesdorff Street | rawnsley@rlf.com |
| San Francisco, CA 94111 | ewing@rlf.com |
| Telephone: 415-362-6666 |  |
| Facsimile: 415-236-6300 | *Attorneys for Plaintiff 10x Genomics, Inc.* |
| ddurie@durietangri.com |  |
| enovikov@durietangri.com |  |
| aperito@durietangri.com |  |
| ehoxha@durietangri.com |  |
| alee@durietangri.com |  |
| rfisher@durietangri.com |  |

Kira A. Davis
DURIE TANGRI LLP
953 East 3rd Street
Los Angeles, CA 90013
Telephone: 213-992-4499
Facsimile: 415-236-6300
kdavis@durietangri.com

Dated: February 5, 2021

2