IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10x GENOMICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 19-862-CFC-SRF |
| v. ) | |
| ) | |
| CELSEE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CELSEE, INC.'S SECOND MOTION FOR SUMMARY JUDGMENT
(INVALIDITY OF THE BRENNER PATENTS UNDER 35 U.S.C. §112)**

Celsee, Inc. ("Celsee") hereby moves for entry of summary judgment of invalidity of the Brenner Patents under 35 U.S.C. §112.

In support of this motion, Celsee relies upon the accompanying Memorandum in Support of its Second Motion for Summary Judgment of Invalidity, Statement of Facts, and the pleadings and other filings of record in this matter.

Dated: February 5, 2021

*Of Counsel:*

Barbara A. Fiacco
bfiacco@foleyhoag.com
Jeremy A. Younkin
jyounkin@foleyhoag.com
Brendan T. Jones
bjones@foleyhoag.com
Emma S. Winer
ewiner@foleyhoag.com
Urszula Nowak
unowak@foleyhoag.com
Elizabeth Hudson
ehudson@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (Fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendant*