IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 10x GENOMICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 19-862-CFC-SRF |
| v. | ) | |
| | ) | |
| CELSEE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CELSEE, INC.'S THIRD MOTION FOR SUMMARY JUDGMENT (NON-INFRINGEMENT OF U.S. PATENT NOS. 10,155,981, 10,240,197, AND 10,280,459)

Celsee, Inc. ("Celsee") hereby moves for entry of summary judgment of

non-infringement of each claim of the "Brenner Method Patents" asserted by 10x

Genomics, Inc.: U.S. Patent Nos. 10,155,981 ("'981"), claims 1 and 4; 10,240,197

("'197"), claims 1, 10, 20, 23-24; and 10,280,459 ("'459"), claims 1 and 4.

In support of this motion, Celsee relies upon the accompanying

Memorandum in Support of its Third Motion for Summary Judgment of Non-

Infringement, Third Statement of Facts, and the pleadings and other filings of

record in this matter.

Dated: February 5, 2021

*Of Counsel:*

Barbara A. Fiacco
bfiacco@foleyhoag.com
Jeremy A. Younkin
jyounkin@foleyhoag.com
Brendan T. Jones
bjones@foleyhoag.com
Emma S. Winer
ewiner@foleyhoag.com
Urszula Nowak
unowak@foleyhoag.com
Elizabeth Hudson
ehudson@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Respectfully submitted,

FARNAN LLP


*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (Fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendant*