UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 10x GENOMICS, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>CELSEE, INC., )<br>)<br>*Defendants*. )<br>)<br>) | C.A. No. 19-862-CFC-SRF |

## CELSEE, INC.'S REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4., Celsee, Inc. ("Celsee"), respectfully requests that the Court hold oral argument on its summary judgment motions, specifically:

- Celsee's First Motion for Summary Judgment (Invalidity of the Hindson Patents under 35 U.S.C. §112) (D.I. 273);

- Celsee's Second Motion for Summary Judgment (Invalidity of the Brenner Patents under 35 U.S.C. §112) (D.I. 263) and

- Celsee's Third Motion for Summary Judgment (Non-Infringement of U.S. Patent Nos. 10,155,981, 10,240,197, and 10,280,459) (D.I. 267); and

- Celsee's Fourth Motion for Summary Judgment (10x's False Advertising Claims) (D.I. 270).

Celsee also respectfully requests that the Court hold oral argument on the summary judgment and Daubert motions filed by 10x Genomics, Inc. ("10x"), specifically:

- 10x's Motion for Summary Judgment of Direct Infringement of U.S. Patent No. 10,273,541 (Motion #1) (D.I. 257);

- 10x's Motion for Summary Judgment of Direct Infringement of U.S. Patent No. 10,392,662 (Motion #2) (D.I. 260);

- 10x's Motion to Exclude Expert Testimony of Lita L. Nelsen (D.I. 252); and

- 10x's Motion to Exclude Expert Testimony of James R. Kearl (D.I. 253).

Dated: March 5, 2021                     Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Barbara A. Fiacco (admitted *pro hac vice*)
Jeremy A. Younkin (admitted *pro hac vice*)
Brendan Jones (admitted *pro hac vice*)
Emma S. Winer (admitted *pro hac vice*)
Urszula Nowak (admitted *pro hac vice*)
FOLEY HOAG LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000
bfiacco@foleyhoag.com
jyounkin@foleyhoag.com
bjones@foleyhoag.com
ewiner@foleyhoag.com
unowak@foleyhoag.com

*Attorneys for Defendant*