

Frederick L. Cottrell, III
Director
302-651-7509
Cottrell@rlf.com

June 30, 2021

**VIA CM/ECF**
The Honorable Colm F. Connolly
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

   Re: *10x Genomics, Inc. v. Celsee, Inc.*, C.A. No. 19-862-CFC-SRF

Dear Judge Connolly:

  I write on behalf of the plaintiff, 10x Genomics, Inc. ("10x") regarding the Court's June 30, 2021 oral order, which extended the deadline to submit the pretrial order, the proposed voir dire, preliminary jury instructions, final jury instructions, and special verdict forms, but cancelled the pretrial conference and trial. 10x respectfully requests that the Court accept the pretrial order and other materials tomorrow and reinstate the original pretrial conference and trial dates.

  Defendant Celsee, Inc. ("Celsee") had requested the extension to submit these pretrial materials until Friday, July 2. As a professional courtesy, we tried to reach an agreement on a modest extension and in light of our office's closure for the Independence Day holiday on Friday, we offered a one-day extension through Thursday, July 1. Celsee requested additional time, so we agreed to a potential extension through Tuesday, July 6 (D.I. 362), subject to the Court's approval.

  In light of the Court's order of this afternoon, we promptly reached out to opposing counsel and requested a call with Chambers on how to proceed. After 4:00 pm, in light of the late hour and inability to get Mr. Farnan on the phone, I then reached out to the Court and was asked to place something on the docket.

  Following the call to the Court, we conferred with opposing counsel, but were unable to reach an agreement regarding the submission of the pretrial materials by noon tomorrow and reinstatement of the pretrial conference and trial dates. 10x did not intend for its agreement to the stipulation to extend the submission of these materials to July 6 to result in a cancellation of the pretrial conference of July 27 and

Honorable Colm F. Connolly
June 30, 2021
Page 2

trial of August 2, and seeks reconsideration of the Court's order to remove these dates from its calendar.  10x is prepared to submit all of its pretrial materials by noon tomorrow. 10x apologizes to the Court for shortening the Court's time to consider the pretrial order and would welcome the opportunity to speak with the Court about this matter.

                                        Respectfully submitted,

                                        */s/ Frederick L. Cottrell, III*

                                        Frederick L. Cottrell, III (#2555)

cc:    All Counsel of Record (via CM/ECF and email)