# EXHIBIT A

```
  1
  2                    IN THE UNITED STATES DISTRICT COURT
  3                    IN AND FOR THE DISTRICT OF DELAWARE
  4                                  - - -
  5
       10X GENOMICS, INC.,             :    CIVIL ACTION
  6                                    :
                       Plaintiff,      :
  7                                    :
            vs.                        :
  8                                    :
       CELSEE, INC.,                   :
  9                                    :
                       Defendant.      :    NO. 19-00862-CFC-SRF
 10
 11                                  - - -
 12                                       Wilmington, Delaware
                                          Tuesday, April 20, 2020
 13                                       2:00 o'clock, p.m.
                                          ***Telephone conference
 14
                                     - - -
 15
       BEFORE:  HONORABLE COLM F. CONNOLLY, U.S.D.C.J.
 16
                                     - - -
 17
       APPEARANCES:
 18
 19            RICHARDS, LAYTON & FINGER
               BY:  JASON J. RAWNSLEY, ESQ. and
 20                 FREDERICK L. COTTRELL III, ESQ.
 21
                             -and-
 22
 23
 24
                                          Valerie J. Gunning
 25                                       Official Court Reporter
```

```
 1    APPEARANCES (Continued):

 2
              DURIE TANGRI
 3            BY:  DARALYN J. DURIE, ESQ.
                   EUGENE NOVIKOV, ESQ.,
 4                 DAVID F. McGOWAN, ESQ.,
                   RAMSEY FISHER, ESQ. and
 5                 KIRA A. DAVIS, ESQ.
                   (San Francisco, California)
 6

 7                 Counsel for Plaintiff

 8

 9            FARNAN LLP
              BY:  MICHAEL J. FARNAN, ESQ.
10

11                      -and-

12
              FOLEY HOAG LLP
13            BY:  BARBARA A. FIACCO, ESQ. and
                   JEREMY A. YOUNKIN, ESQ.
14                 (Boston, Massachusetts)

15
                   Counsel for Defendant
16

17                      -  -  -

18

19

20

21

22

23

24

25
```

```
 1    Durie for 10X.
 2              THE COURT:  All right.  And, Ms. Durie, you need
 3    to think about -- quite seriously, you said you could try
 4    the case in four days.  I believe it.  You can't try six
 5    patents in four days with a -- what's the other claim?
 6    Lanham Act?
 7              MS. DURIE:  The false advertising.  That's
 8    right, that's right.
 9              THE COURT:  So you do need to pare down the
10    case.
11              MS. DURIE:  Understood.
12              THE COURT:  All right.
13              MS. DURIE:  Understood.
14              THE COURT:  Now, so August 2nd will be the trial
15    date.  Pretrial order then, where is that?  Has that already
16    been submitted?  I forget.
17              MS. FIACCO:  It has not, Your Honor.
18              THE COURT:  Okay.  So I need that, so let's set
19    a pretrial conference then.
20              So trial will be August 2nd.  The pretrial
21    conference will be July 14th.  I've disposed of all of the
22    summary judgment motions.  Correct?
23              MS. DURIE:  Yes.
24              THE COURT:  Okay.  Which means that you've got
25    to get your jury instructions and pretrial order in on
```